JOHN STEWART et al., Appellants, *v.* LOUIS BERGE, Respondent.

(Submitted September 30, 1873 ; decided October 7, 1873.)

*David McAdam* for the appellants.

*C. F. Wetmore* for the respondent.

Agree to dismiss appeal.    No opinion.
All concur.
Appeal dismissed.